1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Joseph Buxenbaum,

10

            Plaintiff,

11

v.

12

Tri-Taylor Management Incorporated, et al.,

13
14

            Defendants.

**NO. CV-21-00499-TUC-RM**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15

    **Decision by Court.**  This action came for consideration before the Court.  The

16

issues have been considered and a decision has been rendered.

17

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18

February 22, 2023, the complaint and action are dismissed with prejudice, with each

19

party to bear its own costs and attorney's fees.

20

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

21
22

February 22, 2023

23

                        By    s/ A. Calderón
                                        Deputy Clerk

24
25
26
27
28